1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, | Case No. 2:21-cv-00272-MCE-KJN |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| APPLE EIGHT HOSPITALITY OWNERSHIP, INC., a Virginia Corporation, | **[L.R. 144 (A)]** |
| | Complaint filed:        Feb. 12, 2021 |
| Defendants. | Complaint Served:        Feb. 24, 2021 |
| | Current Response Date:   Mar. 17, 2021 |
| | New Response Date:       Apr. 16, 2021 |

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
68675365v.1

In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby **GRANTS** the Parties' Stipulation and **ORDERS** that Defendant Apple Eight Hospitality Ownership, Inc. shall have an extension of time of thirty (30) days in which to respond to Plaintiff's Complaint to **April 16, 2021**.

**IT IS SO ORDERED.**

**Dated:  March 16, 2021**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE