1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO,<br><br>          Plaintiff,<br><br>     v.<br><br>APPLE EIGHT HOSPITALITY OWNERSHIP, INC., a Virginia Corporation,<br><br>          Defendants. | Case No. 2:21-cv-00272-MCE-KJN<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**[L.R. 144 (A)]**<br><br>Complaint filed:        Feb. 12, 2021<br>Complaint Served:    Feb. 24, 2021<br>Current Response Date:  Apr. 16, 2021<br>New Response Date:    May 17, 2021 |

In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendant Apple Eight Hospitality Ownership, Inc. shall have an extension of time of thirty-one (31) days in which to respond to Plaintiff's Complaint to May 17, 2021.

IT IS SO ORDERED.

Dated:  April 8, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE