UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO,<br><br>             Plaintiff,<br><br>   v.<br><br>APPLE EIGHT HOSPITALITY OWNERSHIP, INC., a Virginia Corporation,<br><br>             Defendants. | Case No. 2:21-cv-00272-MCE-KJN<br><br>**ORDER STAYING FURTHER PROCEEDINGS AND DEADLINES**<br><br>Complaint Filed:     Feb. 12, 2021 |

69088135v.1

Pursuant to the Parties' Stipulation for an Order Staying Further Proceedings and Deadlines, and good cause appearing, the Court ORDERS:

1. All dates, deadlines, and further activity in this case are stayed pending decisions by the Ninth Circuit in *Love v. Marriott Hotel Services, Inc.*, No. 21-154, *Arroyo v. JWMFE Anaheim, LLC*, No. 21-55237, and *Garcia v. Gateway Hotel L.P.*, No 21-55227 (collectively, "Appeals").

2. The Parties shall submit a joint status report not later than sixty (60) days following the date this order is electronically filed, and every sixty (60) days thereafter, advising the Court regarding the status of the appeals, and, after the opinion in the last of the three cases cited herein is issued, informing the Court how the parties intend to proceed with this case in light of the rulings in the Appeals.

IT IS SO ORDERED.

Dated: April 9, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE