CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Christopher A. Seabock, Esq., SBN 279640
100 Pine Street, Suite 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo** | **Case No**. 2:21-cv-00272-MCE-KJN |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | *FRCP 41(a)(1)(A)(i)* |
| **Apple Eight Hospitality Ownership, Inc.,** a Virginia Corporation; | |
| Defendant. | |

Please take notice that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby dismisses the entire action with prejudice. No defendant has served an answer or a motion for summary judgment.

Dated: October 11, 2022        CENTER FOR DISABILITY ACCESS

                               By: /s/ Christopher A. Seabock
                                   Christopher A. Seabock
                                   Attorney for Plaintiff